

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| PJC | *271 Cadman Plaza East* |
| F. #2022R00445 | *Brooklyn, New York 11201* |

February 21, 2023

<u>BY ECF</u>

The Honorable William F. Kuntz, III
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Vladislav Kotlyar
     <u>Criminal Docket No. 23-75 (WFK)</u>

Dear Judge Kuntz:

  On February 21, 2023, the government filed a notice pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure indicating that the defendant in the above-referenced case will waive indictment and plead guilty to an information. The parties

respectfully request that the Court schedule a plea hearing, and the parties are available on March 15, 2023 before 2:30 p.m., March 16, 2023 or March 17, 2023.

                Respectfully submitted,

                GLENN S. LEON
                Chief, Fraud Section
                Criminal Division
                U.S. Department of Justice

                BREON PEACE
                United States Attorney
                Eastern District of New York

By:   /s Patrick J. Campbell
       Patrick J. Campbell
       Trial Attorney, Fraud Section
       Criminal Division
       U.S. Department of Justice

cc:    Clerk of Court (WFK) (by ECF and email)
       Melony Bedford (by email)
       Rick Collins, Esq. (by ECF and email)