MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. Vera M. Scanlon    DATE: 3/16/23
DOCKET NUMBER: 23-CR-75 (WFK)    FTR #: 11:44 – 12:04

DEFENDANT'S NAME: Vladislav Katler
__X__ Present  ____ Not Present  ____ Custody  __✓__ Bail

DEFENSE COUNSEL: R. Collins
____ Federal Defender  ____ CJA  __X__ Retained

A.U.S.A: Patrick Campbell    CLERK: M. Sica

INTERPRETER: _____ (Language) _____

Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

__✓__ Defendant pleads NOT GUILTY to ALL counts of the information
____ DETENTION HEARING Held.    ____ Defendant's first appearance.

 __X__ Bond set at $10,000.00  PRB.
 Defendant __✓__ released ___ held pending satisfaction of bond conditions.
 __✓__ Defendant advised of bond conditions set by the Court and signed the bond.
 ____ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.
 ____ (Additional) surety/ies to co-sign bond by _____

____ After hearing, Court orders detention in custody.  ____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay/Speedy Trial entered. Start_____ Stop_____

____ Medical memo issued.

____ Defendant failed to appear, bench warrant issued.

• Status conference set for _____ @ _____ before Judge _____

Other Rulings: Waiver of indictment entered.