

RICHARD D. COLLINS+
MARC E. GANN*
GERARD C. McCLOSKEY
DAVID J. BARRY

+Also member PA, MA, TX and D.C. Bars
*Also member MD Bar

**COLLINS GANN**
McCLOSKEY & BARRY PLLC
ATTORNEYS AT LAW

*Dedicated Legal Counsel Since 1990*

*Of Counsel*
ALAN H. FELDSTEIN^
Tel.: (818) 508-1820

ANSANELLI LAW GROUP, LLP
Tel.: (631) 598-0337

^Member CA Bar only

October 5, 2023

Hon. William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:** *United States v. Kotlyar, et al., 23-cr-75 (WFK)*
> *Letter Request for Travel*

Dear Judge Kuntz:

This office represents Defendant Vladislav Kotlyar in the above-referenced action. We write this letter respectfully requesting the Court's permission to travel. Mr. Kotlyar is currently on pretrial release subject to travel restrictions; he can only travel to New York City, Long Island, and New Jersey.

The basis for our request is to respectfully ask permission for Mr. Kotlyar to travel to the Constitution State Dancesport Championships in Stamford, Connecticut, to watch both his two young children perform. The competition will be held at the Stamford Marriott Hotel & Spa, 243 Tresser Blvd, Stamford, CT 06902. Mr. Kotlyar would only be traveling on Sunday, October 8, 2023, between the hours of 9:30 am and 8:00 pm.

AUSA Patrick J. Campbell consents to our request on behalf of the Government. We apologize for the late notice, but the family only learned of this opportunity this week.

Thank you for your courtesies in this matter. If you have any questions, please do not hesitate to contact me.

Respectfully Submitted,

Richard D. Collins

_____

Richard D. Collins, Esq.
Collins Gann McCloskey & Barry PLLC

CC: All Counsel (via ECF)
    P.O. Michelle Malko